PROB 12C
(6/16)

Report Date: July 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dashane Warren Vielle | Case Number: 0980 2:17CR00060-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 16, 2017

Original Offense:   Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 Months; TSR - 5 Years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: July 18, 2024 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Vielle is alleged to have violated standard conditions number 1 and 13 by failing to report on Monday, July 22, 2019, as previously directed by the undersigned officer and as required by his conditions of supervised release, following his release from custody. |
| | On July 3, 2019, the undersigned officer received a phone call from the client who was currently being held at the Spokane County Jail due to violation conduct exhibited by the client while he was housed at the Spokane Residential Reentry Center (RRC). As a part of the contact, Mr. Vielle was provided his current release date of July 20, 2019, and was directed to report on Monday, July 22, 2019, prior to 2 p.m. for intake following his release from custody and he committed to doing so. On July 23, 2019, the undersigned officer was |

Prob12C
Re: Vielle, Dashane Warren
July 23, 2019
Page 2

able to verify with the Spokane County Jail that the client had in fact released from the facility on July 19, 2019, at 12:45 p.m. Mr. Vielle has since failed to report as directed and required and his current whereabouts are unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 23, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

7/23/2019

Date