PROB 12C
(6/16)

Report Date: August 12, 2019

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2019

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Dashane Warren Vielle | Case Number: 0980 2:17CR00060-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 16, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 30 Months; TSR - 5 Years | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 19, 2019 | |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: July 18, 2024 | |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Vielle is alleged to have violated mandatory condition number 1 by being arrested in Spokane, Washington, on August 3, 2019, by the Spokane Police Department with charges being recommended for Assault in the 2nd Degree, in violation of R.C.W. 9A.36.021, a Class B felony; Obstructing a Law Enforcement Officer, in violation of R.C.W. 9A.76.020, a gross misdemeanor; and Malicious Mischief in the 3rd Degree, in violation of R.C.W. 9A.48.090, a gross misdemeanor.

On March 19, 2019, the undersigned officer met with the client in person at the Spokane Residential Reentry Center for the purpose of discussing his re-entry into the community and to review with the client his ordered conditions of supervised release. As a part of the contact, the client was advised that he must not commit another federal, state or local crime.

On August 7, 2019, the undersigned officer received notification from the United States Marshals Service of the client's arrest in Spokane, occurring on August 3, 2019, for the alleged commission of multiple new law violations. On August 7 and  8, 2019, the police report and affidavit of facts statement was received relative to this matter. According to documentation as referenced herein, an officer with the Spokane Police Department, who

Prob12C
**Re: Vielle, Dashane Warren**
**August 12, 2019**
**Page 2**

was in a marked patrol unit and wearing the uniform of the day, was flagged down by a community member and advised as to an individual who was observed to have been breaking vehicle windows and hitting vehicles with what appeared to be a "5 foot wooden stick / bow staff." Dispatch then advised the officer that there was additionally a "person with a weapon" call holding in the same area.

Law enforcement was able to locate an individual matching the description of the suspect who was swinging a "large stick / staff." Law enforcement made contact with the client and directed him to drop the stick, at which point the client took a few steps toward the officer, but then turned and began walking away from the officer. The officer advised the client that he was not free to leave; however, the client only periodically checked over his shoulder to see if the officer was still following him. As the officer began to close ground, the client began to run from the officer, at which point the officer began pursuing the suspect. The client then suddenly stopped, turned around, and swung the 5 foot long staff "like a baseball bat" in an attempt to strike the officer. The officer drew his Taser, again directing the client to drop the stick. The client then again began walking away from the officer when he again made a "sudden and unanticipated" movement turning his body slightly as if to re-engage the officer with his weapon, at which time the officer deployed his Taser, striking the client and "dropping" the client to the ground.

Mr. Vielle was placed in restraints and after being checked by paramedics at the scene, was transported to the hospital for further follow up prior to being booked into the Spokane County Jail for the charges as listed herein.

3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence**: Mr. Vielle is alleged to have violated mandatory condition number 1 and mandatory condition number 5, by failing to register as required in the Eastern District of Washington following his release from the Spokane County Jail, previously occurring on July 19, 2019.

On March 19, 2019, the undersigned officer met with the client in person at the Spokane Residential Reentry Center for the purpose of discussing his re-entry into the community and to review with the client his ordered conditions of supervised release. As a part of the contact, the client was advised that he must not commit another federal, state or local crime, and that he was required to register upon his release from custody.

Specifically, on July 3, 2019, the client contacted the undersigned officer telephonically from the Spokane County Jail, at which time the client was provided with his current release date as reflected on the Bureau of Prisons website of July 20, 2019. Mr. Vielle was directed to report on July 22, 2019, to participate in his intake for supervision; however, Mr. Vielle subsequently failed to report as directed. This conduct was previously reported to the Court in the petition dated July 23, 2019.

Prob12C
**Re: Vielle, Dashane Warren**
**August 12, 2019**
Page 3

On July 23 and 24, 2019, this case was staffed with the United States Marshals Service and the Spokane County Sheriff's Office Sexual Assault Unit respectively, who both confirmed that the client had not registered as required following his release from the Spokane County Jail, previously occurring on July 19, 2019, at 12:45 p.m.

It should additionally be noted that the undersigned officer did receive on July 24, 2019, an "Acknowledgment of Duty to Register as a Sex/Kidnapper Offender" form from Spokane County Sexual Assault staff in which at the time of his release from the facility, the client checked the box indicating that he would be moving to a new residence within Spokane County, acknowledging that he was aware of his requirement to register within 3 business days. The form was dated July 19, 2019, and appears to be both initialed and signed by the client.

On August 7, 2019, this case was again staffed with the United States Marshals Service, who confirmed that at no point had the client registered as required and that charges were being recommended to the United States Attorney's Office noting that probable cause now existed to charge the client with a violation of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), a Class C Felony.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2019

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

8/12/2019
Date