PROB 12C
(6/16)

Report Date: October 17, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dashane Warren Vielle   Case Number: 0980 2:17CR00060-RMP-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 16, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 27, 2022 | Prison - 34 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: October 7, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: October 6, 2027 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged that Mr. Vielle violated the conditions of his supervised release by aborting the RRC on October 15, 2022, without first getting permission to do so from his U.S. probation officer.<br><br>Specifically, RRC staff reported to U.S. Probation on October 15, 2022, that Mr. Vielle was agitated about the way in which his prescribed medication was being dispensed. RRC staff informed Mr. Vielle that his medication was being dispensed as it was written on the prescription label and that he could make an appointment with his doctor to have these directions changed. Mr. Vielle remained agitated in which he gathered his belongings and departed the RRC at approximately 6:14 p.m., on October 15, 2022, without permission to do so from his U.S. probation officer. |

Prob12C
**Re: Vielle, Dashane Warren**
**October 17, 2022**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Standard Condition #4**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer. |

**Supporting Evidence**: It is alleged that Mr. Vielle violated the conditions of his supervised release by changing his living situation on October 15, 2022, without advance approval from his supervising U.S. probation officer.

Specifically, RRC staff reported to U.S. Probation on October 15, 2022, that Mr. Vielle was agitated about the way in which his prescribed medication was being dispensed. RRC staff informed Mr. Vielle that his medication was being dispensed as it was written on the prescription label and that he could make an appointment with his doctor to have these directions changed. Mr. Vielle remained agitated in which he gathered his belongings and departed the RRC at approximately 6:14 p.m., on October 15, 2022, without permission to do so from his U.S. probation officer. Mr. Vielle's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 17, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/17/2022

Date