FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DASHANE WARREN VIELLE,<br><br>Defendant. | NO: 2:17-CR-60-RMP-1<br><br>ORDER ON DEFENDANT'S FEDERAL REGISTRATION REQUIREMENTS |

BEFORE THE COURT is Defendant Dashane Warren Vielle's Motion to Modify Conditions of Release, ECF No. 95. Defendant also filed a Declaration by defense counsel, ECF No. 96, and a Reply Memorandum, ECF No. 97. The Government did not oppose and deferred to the Court's discretion in its response. *See* ECF No. 98.

A motion hearing was held on February 7, 2023. Defendant Dashane Warren Vielle, who is in custody, was present and represented by Assistant Federal Defender Carter Powers Beggs. Assistant United States Attorney Ann Wick represented the Government. The Court has heard oral argument and reviewed the

ORDER ON DEFENDANT'S FEDERAL REGISTRATION REQUIREMENTS ~ 1

filings and relevant law and is fully informed.  This Order memorializes and supplements the Court's oral rulings.

Defendant requests that the Court find he is no longer required to register as a sex offender under federal law and that the Court modify the conditions of his supervised release to require him to contact state sex offender registry personnel regarding the removal of his state registration obligations.  *See* ECF No. 95.

The Court previously found that Defendant is a Tier II offender.  *See* ECF No. 88.  Pursuant to 34 U.S.C. § 20915(a)(2), Tier II sex offenders must keep registration current for 25 years.  Because Defendant was released from custody for the conviction giving rise to his federal registration requirements on January 9, 1997, the Court finds that Defendant has completed his registration requirements under federal law.  The Court makes no findings regarding Defendant's state registration requirements.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release**, ECF No. 95**, is **GRANTED IN PART** and **DENIED IN PART**.
2. The Court finds that Defendant has completed his federal sex offender registration requirements.
3. The Court does not find it necessary to modify the conditions of Defendant's supervised release as requested in Defendant's Motion.

ORDER ON DEFENDANT'S FEDERAL REGISTRATION REQUIREMENTS ~ 2

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel and to the United States Probation Office.

**DATED** February 8, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER ON DEFENDANT'S FEDERAL REGISTRATION REQUIREMENTS ~ 3