PROB 12C
(6/16)

Report Date: February 21, 2023

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Dashane Warren Vielle | Case Number: | 0980 2:17CR00060-RMP-1 |

Address of Offender: ▇▇▇▇▇▇ Spokane, WA

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 16, 2017

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 30 Months;    Type of Supervision: Supervised Release
TSR - 60 Months

Revocation Sentence:    Prison - 34 Days;
(September 27, 2022)    TSR - 60 Months

Asst. U.S. Attorney:    Ann Wick                    Date Supervision Commenced: October 7, 2022

Defense Attorney:      Carter Liam Powers Beggs     Date Supervision Expires: October 6, 2027

---

### PETITIONING THE COURT

**To issue a <u>WARRANT</u>**.

On October 7, 2022, Mr. Dashane Warren Vielle signed his conditions relative to case number 2:17CR00060-RMP-1, indicating he understood all conditions as ordered by the Court. On February 7, 2023, Mr. Vielle again appeared before the Court at which time the client's conditions of supervised release were modified by the Court, allowing for residential reentry center (RRC) placement. Mr. Vielle was advised of the change and his requirement to participate in services during the proceeding, to which he acknowledged his understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **<u>Standard Condition #5</u>**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **<u>Supporting Evidence</u>**: It is alleged that Mr. Vielle violated the conditions of his supervised release by aborting residential reentry center (RRC) placement on February 18, 2023, at 4:50 p.m., without first seeking approval from his U.S. probation officer and without advising the undersigned officer as to his living arrangements. |

Prob12C
Re: Vielle, Dashane Warren
February 21, 2023
Page 2

Specifically, on February 18, 2023, at 4:58 p.m., the undersigned officer received an email from RRC staff indicating that the client had departed the facility without approval and staff was unaware as to any identified concern on the part of the client. Staff further described him as stating that he was "done with this place."

On February 21, 2023, at 3 p.m., Mr. Vielle reported to the U.S. Probation Office and indicated that he could no longer "handle it there," referring to the RRC. Mr. Vielle indicated that he had attempted to contact the undersigned officer, although admitted he did not leave a message. It should be noted, the undersigned officer had no missed calls from any number not known to the undersigned officer on the day in question. Mr. Vielle was on numerous occasions previously advised by the undersigned officer that he was not under any circumstances to remove himself from the RRC program without officer approval, to which he had acknowledged his understanding.

2  **Special Condition #10**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: It is alleged that Mr. Vielle violated the conditions of his supervised release by aborting RRC placement on February 18, 2023, at 4:50 p.m., without first seeking approval from his U.S. probation officer.

Specifically, on February 18, 2023, at 4:58 p.m., the undersigned officer received an email from RRC staff indicating that the client had departed the facility without approval and staff were unaware as to any identified concern on the part of the client. Staff further described him as stating that he was "done with this place."

On February 21, 2023, Mr. Vielle reported to the U.S. Probation Office indicating that he could no longer "handle it there." Mr. Vielle indicated that he had attempted to contact the undersigned officer, although admitted he did not leave a message. It should be noted, the undersigned officer had no missed calls from any number not known to the undersigned officer on the day in question. Mr. Vielle was on numerous occasions advised by the undersigned officer that he was not under any circumstances to remove himself from the RRC without officer approval, to which he acknowledged his understanding.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 21, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Vielle, Dashane Warren
February 21, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

2/21/2023

Date