PROB 12C
(6/16)

Report Date: February 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dashane Warren Vielle | Case Number: 0980 2:17CR00060-RMP-1 |
| Address of Offender: ▉▉▉▉ Spokane, WA | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 16, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 30 Months;<br>TSR - 60 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(September 27, 2022) | Prison - 34 Days;<br>TSR - 60 Months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | October 7, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | October 6, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/21/2023.

On October 7, 2022, Mr. Dashane Warren Vielle signed his conditions relative to case number 2:17CR00060-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Vielle is alleged to have violated mandatory condition number 3, by ingesting methamphetamine on or about February 21, 2023, based on both urinalysis testing, and the client's admission of such use.<br><br>Specifically, on February 21, 2023, Mr. Vielle reported to the U.S. Probation Office in Spokane following his decision to terminate residential reentry center (RRC) placement as previously occurring on February 18, 2023, and as previously reported to the Court in the petition dated February 21, 2023. As a part of Mr. Vielle's reporting, he was questioned as |

Prob12C
Re: Vielle, Dashane Warren
February 22, 2023
Page 2

to any use of illicit substances, which he denied on two separate occasions. Mr. Vielle was then queried a third time just after submitting a urinalysis sample for verification, after which he admitted to having taken a "few hits" of methamphetamine "early yesterday morning" as he was cold. Mr. Vielle's submitted sample proved presumptive positive for both methamphetamine and fentanyl and the sample was packaged and forwarded to the lab for verification, Mr. Vielle denied any intentional use of fentanyl.

Mr. Vielle was subsequently taken into custody by the U.S. Marshals Service on the day in question, given his warrant issued by Your Honor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2023

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/22/2023
Date