PROB 12C
(6/16)

Report Date: October 31, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dashane Warren Vielle                Case Number: 0980 2:17CR00060-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 16, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 27, 2022) | Prison - 34 days<br>TSR - 60 months | |
| Revocation Sentence:<br>(April 11, 2023) | Prison - 14 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: October 19, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 18, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On October 23, 2023, Mr. Vielle's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence:** It is alleged that the offender violated mandatory condition number 3, by ingesting controlled substances, methamphetamine and amphetamine, on or about October 19, 2023. |

Prob12C
**Re: Vielle, Dashane Warren**
**October 31, 2023**
Page 2

On October 25, 2023, the offender submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine and amphetamine. When questioned by the probation officer, he admitted to ingesting methamphetamine on or about October 19, 2023, when he was en route to Spokane, Washington, following his release from federal custody. The urine specimen was thereafter confirmed positive for methamphetamine and amphetamine.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that the offender failed to report to the U.S. Probation Office on October 20, 2023, as instructed by the probation officer.

On September 25, 2023, the probation officer sent reporting instructions to Mr. Vielle instructing him to report to the U.S. Probation Office on October 20, 2023, following his release from federal custody. It should be noted, a case worker at the federal institution confirmed these reporting instructions were received by Mr. Vielle.

On October 20, 2023, Mr. Vielle failed to report to the U.S. Probation Office as instructed by his supervising officer.

3  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Pedestrian/Vehicular Interference, in violation of R.C.W. 10-60.010, on or about October 24, 2023.

According to Spokane Police Department incident report number 2023-20212533, on October 24, 2023, law enforcement observed a large group of individuals impeding a public sidewalk. The responding officer noted the area was strewn with trash, human feces, used syringes and discarded items. Mr. Vielle was one of the individuals contacted and he was cited and released for pedestrian/vehicular interference.

Mr. Vielle is scheduled to appear in Spokane Municipal Court for his arraignment on November 1, 2023.

Mr. Vielle did report his contact with law enforcement to the probation officer; however, he could not articulate why he had been cited.

4  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by failing to submit to drug testing at Pioneer Human Services (PHS) on October 30, 2023.

Prob12C
**Re: Vielle, Dashane Warren**
**October 31, 2023**
**Page 3**

                The probation officer received email notification from PHS indicating the offender failed to report to their facility for drug testing on October 30, 2023.

5        **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

                **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on October 24, 2023, as instructed by the probation officer.

                On October 23, 2023, the probation officer instructed Mr. Vielle to report to the U.S. Probation Office on October 24, 2023, to complete his intake paperwork.

                On October 24, 2023, Mr. Vielle failed to report to the U.S. Probation Office as instructed by his supervising officer.

6        **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

                **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on October 31, 2023, as instructed by the probation officer.

                On October 25, 2023, Mr. Vielle was instructed to report to the U.S. Probation Office on October 31, 2023. The probation officer again reminded the offender of this appointment during an office contact on October 26, 2023.

                On October 31, 2023, Mr. Vielle failed to report to the U.S. Probation Office as instructed by his supervising officer.

7        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

                **Special Condition #4:** You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

                **Supporting Evidence**: It is alleged that the offender is in violation of standard condition number 5, and special condition number 4, by failing to reside at his approved residence. He has also failed to notify the probation officer within 72 hours of changes in his residence.

                Based on Mr. Vielle's lack of housing, he was instructed to reside at the Union Gospel Mission (UGM) located in Spokane, Washington. This officer reminded him of this requirement during multiple contacts with him at the U.S. Probation Office.

Prob12C
Re: Vielle, Dashane Warren
October 31, 2023
Page 4

On October 31, 2023, the probation officer contacted UGM and was informed that Mr. Vielle has not stayed at their facility. The undersigned was advised that Mr. Vielle attempted to check-in at the shelter on October 25, 2023; however, he was not allowed to stay due to a positive drug test. According to UGM records, he has made no further attempts to check-in at the shelter.

Mr. Vielle failed to notify the probation officer within 72 hours of his change in residence.

The probation officer is currently unaware of his whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 31, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

10/31/2023
Date