PROB 12C
(6/16)

Report Date: February 5, 2024

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dashane Warren Vielle                    Case Number: 0980 2:17CR00060-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastion, Chief U.S. District Judge

Date of Original Sentence: August 16, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 27, 2022) | Prison - 34 days<br>TSR - 60 months | |
| Revocation Sentence:<br>(April 11, 2023) | Prison - 14 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: October 19, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 18, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/31/2023.

On October 23, 2023, Mr. Vielle's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #7:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Vielle, Dashane Warren**
**February 5, 2024**
**Page 2**

        **Modified Condition #1:** The United States Marshals Service is directed to release Defendant on January 22, 2024, at 1 p.m. to the staff of American Behavioral Health Systems to attend inpatient treatment.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 7, and modified condition number 1, by aborting inpatient treatment on or about February 2, 2024.

        On January 18, 2024, Mr. Vielle appeared before the Court for a supervised release revocation hearing. At that time, it was ordered that he be released from custody to staff of American Behavioral Health Systems (ABHS) on January 22, 2024, to attend inpatient treatment.

        On January 22, 2024, the offender commenced inpatient treatment at ABHS.

        On February 2, 2024, Mr. Vielle aborted treatment. According to correspondence from the treatment provider, it was suspected that Mr. Vielle and another client in the program were using methamphetamine. Subsequently, a pat search was conducted and he became very agitated. Staff also attempted to collect a urinalysis test, but Mr. Vielle refused. He then proceeded to go outside and walked away from the facility.

9        **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

        **Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to reside at his approved residence and by failing to notify the probation officer about the change in his living situation.

        As previously indicated, Mr. Vielle aborted inpatient treatment on February 2, 2024. Mr. Vielle does not have another approved residence, nor did he notify the probation officer about the change in his living situation.

        As of this writing, Mr. Vielle's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 5, 2024

        s/Lori Cross

        Lori Cross
        U.S. Probation Officer

Prob12C
**Re: Vielle, Dashane Warren**
**February 5, 2024**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/5/2024

Date